In the Matter of the Application of FRANK SHANNON, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate said FRANK SHANNON in the Position of Inspector in the Department of Public Works of Said City and to Remove HENRY SMITH from Petitioner's Said Position.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of WILLIAM P. SICKLEY, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate Said WILLIAM P. SICKLEY in the Position of Assistant Foreman in the Department of Public Works of Said City and to Remove WILLIAM PRESTON from Petitioner's Said Position.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of THOMAS WEIS, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate Said THOMAS WEIS in the Position of Carpenter in the Department of Public Works of Said City and to Remove JAMES QUEALLY from Petitioner's Said Position.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JOHN D. WHITE, Respondent, for a Mandamus Order to Compel EDWARD MURRAY, as Commissioner of Public Works of the City of Yonkers, Westchester County, New York, Appellant, to Reinstate Said JOHN D. WHITE in the Position of Laborer on Watershed in the Department of Public Works of Said City and to Remove from Petitioner's Said Position the Person Appointed Subsequent to Petitioner's Removal.— Alternative mandamus order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of Supplementary Proceedings: J. NORMAN WHITEHOUSE and Others, Copartners Doing Business under the Firm Name and Style of WHITEHOUSE & Co., Appellants, v. M. ARTHUR HELFHAT, Respondent.— Order denying motion for the appointment of a receiver affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.